

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2022

No. 04-22-00234-CR

April **TOLBERT-DAVIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CR-4920
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Ms. Debra A. Doolittle is one of the court reporters responsible for preparing, certifying, and filing the reporter's record in this appeal. Ms. Doolittle's record originally was due on May 31, 2022. On June 10, 2022, Ms. Doolittle filed a notification of late record stating she anticipated the record to be fifty pages and should be completed by July 10, 2022 (a Sunday).

We GRANT Ms. Doolittle's request for a forty-day-extension of time. Ms. Doolittle is ORDERED to file her reporter's record **no later than July 11, 2022**. Because the length of the record is only fifty pages, <u>further requests for an extension of time will be disfavored in the absence of extraordinary circumstances.</u>

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court